# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| ROBERT KEITH CATCHINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 1:20-cv-01692-AKK-JHE |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

The Magistrate Judge entered a report on March 11, 2021, recommending Petitioner Robert Keith Catchings' petition for a writ of habeas be denied and dismissed without prejudice. Doc. 16. The Magistrate Judge advised the parties of their right to file specific written objections within fourteen days. *Id*. No objections have been received by the court within the prescribed time.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds the petition is due to be denied and dismissed without prejudice.

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable

jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Catchings' claims do not satisfy either standard.

 The court will enter a separate Final Judgment.

 **DONE** the 15th day of April, 2021.

          _____
          **ABDUL K. KALLON**
         UNITED STATES DISTRICT JUDGE