# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | |
|---|---|
| ROBERT KEITH CATCHINGS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:20-cv-01692-AKK-JHE |
| ) | |
| STATE OF ALABAMA, et al., ) | |
| ) | |
| Respondents. ) | |

## FINAL JUDGMENT

In accordance with the accompanying Memorandum Opinion and with Rule 58 of the Federal Rules of Civil Procedure, the petition for a writ of habeas corpus is **DENIED** and **DISMISSED WITHOUT PREJUDICE**. A certificate of appealability is **DENIED**.

The parties shall bear their respective costs.

**DONE** the 15th day of April, 2021.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE